GEORGE W. FLANDERS, Respondent, *v.* JAMES B. WHITE, Appellant.

(Argued April 29, 1886; decided June 1, 1886.)

*L. B. Bunnell* for appellant.

*W. J. Osborne* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO and ANDREWS, JJ., who do not vote.
Judgment affirmed.